UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1728(DSD/JMM)

Blue Cross Blue Shield
of Minnesota, Inc.,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Radian Systems, Inc.,

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: July 26, 2000

David S. Doty, Judge
U.S. District Court

(2)

FILED 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Date: July 28, 2000 jr

R E C O R D   O F   D O C K E T   T E X T

0:00-cv-01728 Blue Cross Blue Sh v. Radian Systems, Inc

DOCKET ENTRY

DISQAULIFICATION AND ORDER FOR REASSIGNMENT (Judge David S. Doty) Case reassigned to Chief Judge Paul A. Magnuson on the Master List, Case referred to Magistrate Jonathan G. Lebedoff. Case number remains the same except for initials (00-1728 PAM/JGL). 1pg(s) (cc: all counsel)

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL