UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1728 (PAM/JGL)

BLUE CROSS BLUE SHIELD OF
MINNESOTA, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

RADIAN SYSTEMS, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2001;

3. Plaintiff shall disclose all expert witnesses by July 1, 2001; Defendant shall disclose all expert witnesses by August 1, 2001; All parties shall disclose all rebuttal expert witnesses by September 15, 2001; All parties shall disclose all expert witness reports by September 1, 2001, and rebuttal expert witness reports by October 15, 2001;

4. The period during which the parties may seek discovery shall be completed by November 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 15, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to March 1, 2002; and

Filed FEB 22 2001
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________

7. This case will be considered "ready for trial" as of April 1, 2002.

DATED: February 21, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge