IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Blue Cross Blue Shield of Minnesota, Inc.,

Plaintiff,

v.

Radian Systems, Inc.,

Defendant.

Case No. 00-1728 (PAM/JGL)

**STIPULATION AND ORDER REGARDING DISCOVERY SCHEDULE**

Plaintiff Blue Cross Blue Shield of Minnesota, Inc. ("BCBSM"), and Defendant Radian Systems, Inc. ("Radian"), by and through their undersigned counsel, hereby stipulate and agree, and jointly request that the Court amend the scheduling Pretrial Order for this action, as follows:

1. All parties shall disclose all expert witness reports by November 15, 2001; all parties shall disclose all rebuttal expert witnesses by December 1, 2001, and rebuttal expert reports by January 2, 2002;

2. The period during which the parties may seek discovery shall be completed by January 31, 2002;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 31, 2002;

4. All other schedules in and provisions of the February 22, 2001, Pretrial Order shall remain the same, without limitation including the provisions relating to dispositive motions and the "ready for trial" date; and

5. The Court may enter the aforesaid modifications in the form of the Agreed Order below.

AUG 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: Aug. 13, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By _______________________________
John B. Lunseth II (65341)
Patrick A. Reinken (212702)
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7951 (Telephone)
(612) 340-7900 (Facsimile)

ATTORNEYS FOR PLAINTIFF BCBSM

DATED: Aug. 13, 2001

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

By Thomas A. Forker
Robert W. Kettering, Jr. (55499)
Thomas A. Forker (246682)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, Minnesota 55402
(612) 339-3500 (Telephone)
(612) 339-7655 (Facsimile)

and

Richard P. Mahoney (6662X)
Victor E. Lund (160076)
MAHONEY, DOUGHERTY & MAHONEY, P.A.
801 Park Avenue
Minneapolis, Minnesota 55404-1189
(612) 339-5863 (Telephone)
(612) 339-1529 (Facsimile)

and

Matthew S. Sturtz
Tessa Laspia Frederick
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464 (Telephone)
(410) 385-3700 (Facsimile)

ATTORNEYS FOR DEFENDANT RADIAN

APPROVED AS TO FORM AND SO ORDERED BY THE COURT:

DATED: Apr. 15, 2001

Jonathan G. Lebedoff
United States Magistrate Judge