IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil Action No.: 00-1728(PAM/JGL)

Blue Cross Blue Shield
of Minnesota, Inc.,

Plaintiff,

**AMENDED SCHEDULING ORDER**

vs.

Radian Systems, Inc.,

Defendant

Upon the mutual request of Plaintiff, Blue Cross Blue Shield of Minnesota, Inc. ("BCBSM") and Defendant Radian Systems, Inc. ("Radian"), by and Court amends the scheduling Pretrial Order for this action, as follows:

1. The attorneys and their clients shall appear for a mediation before the undersigned at ~~9:30~~ 10:30 A.M. on Tuesday, February 26, 2002.

2. The period during which thc parties may seek discovery shall be completed by April 30, 2002;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 30, 2002;

3. All dispositive motions must be notice, served, and filed, in accordance with the local rules, prior to April 30, 2002;

4. This case will be considered "ready for trial" as of July 1, 2002.

DATED: Jan. 31, 2002

Jonathan G., Lebedoff
United States Magistrate Judge

JAN 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK