THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Blue Cross Blue Shield of Minnesota, Inc.,

Plaintiff,

v.

Radian Systems, Inc.,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 00 CV 1728 (PAM/JGL)

IT IS HEREBY STIPULATED AND AGREED, by, between, and among the parties hereto, through their respective counsel, that any and all counts or claims asserted by Plaintiff Blue Cross Blue Shield of Minnesota, Inc. ("BCBSM"), against Defendant Radian Systems, Inc. ("Radian"), and any and all counts or claims asserted by Radian against BCBSM, may be and hereby are dismissed with prejudice and without further costs, fees, or disbursements to any of the parties with respect to said counts or claims.

IT IS FURTHER STIPULATED AND AGREED that either BCBSM or Radian, without notice to the other, may cause judgment of dismissal with prejudice to be entered on such counts or claims, in accord with this stipulation.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________

Gregory M. Weyandt (116324)
Patrick A. Reinken (212702)
Attorneys for Plaintiff Blue Cross Blue Shield of Minnesota, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: July 1, 2002

JUL 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 16 2002
DEPUTY CLERK

ARTHUR CHAPMAN KETTERING SMETAK AND PIKALA

By ______________________
Robert W. Kettering, Jr. (55499.)
Thomas A. Forker (______)
Attorneys for Defendant Radian Systems, Inc.
500 Young Quinlan Building
81 South 9th Street
Minneapolis, MN 55402-3214
612-375-5921

Dated: 7.11.02, 2002

**ORDER**

Pursuant to the foregoing Stipulation, any and all counts or claims asserted by the parties are hereby dismissed with prejudice and without further costs, fees, or disbursements to any of the parties with respect to said counts or claims, and judgment on such claims may be entered accordingly.

Dated: July 16, 2002

BY THE COURT:

______________________
Paul A. Magnuson
Chief Judge
United States District Court

819496-2